NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

GARY McCLOUD,
        Appellant,

v.

STATE OF FLORIDA,

        Appellee.

Case No. 2D19-884

Opinion filed October 16, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Pinellas County; Philip J. Federico,
Judge.

PER CURIAM.

      Affirmed.  See Carbajal v. State, 75 So. 3d 258 (Fla. 2011); Wright v.

State, 911 So. 2d 81 (Fla. 2005); DuBoise v. State, 520 So. 2d 260 (Fla. 1988); State v.

King, 426 So. 2d 12 (Fla. 1982); McDonald v. State, 133 So. 3d 530 (Fla. 2d DCA

2013); Smart v. State, 124 So. 3d 347 (Fla. 2d DCA 2013); Hughes v. State, 22 So. 3d

132 (Fla. 2d DCA 2009); Brown v. State, 827 So. 2d 1054 (Fla. 2d DCA 2002);

Desmond v. State, 576 So. 2d 743 (Fla. 2d DCA 1991); Budd v. State, 477 So. 2d 52

(Fla. 2d DCA 1985); Gary v. State, 5 So. 3d 713 (Fla. 1st DCA 2009); Jones v. State,

907 So. 2d 1256 (Fla. 5th DCA 2005); McMillan v. State, 832 So. 2d 946 (Fla. 5th DCA

2002); Hart v. State, 761 So. 2d 334 (Fla. 4th DCA 1998).

KHOUZAM, C.J., and CASANUEVA and ROTHSTEIN-YOUAKIM, JJ., Concur.